W. Killeen, of Buffalo, for intervening respondents.

PER CURIAM. Without interpreting the meaning of the words "highest and next highest number of votes" in section 6 of article 2 of the state Constitution,' or determining whether such number shall be ascertained by reference to the vote for Governor, or some other candidate, or by taking the average of the votes cast for all the candidates of any political body, in the absence of any evidence in this record that it will ever be necessary for the purposes referred to in said section to definitely ascertain the exact number of votes cast for any candidate on the National Progressive ticket, and in view of the serious consequences that may follow any attempt at this late date to regulate the ordinary use of "voting machines," we do not think that the court should by its order control the action of election officers in respect thereto. We will not assume that the election officers are intending to make an improper use of the indorsing bar. The order should be reversed, and the motion denied, without costs.

PEOPLE ex rel. HOWEY v. WARDEN OF CITY PRISON. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Proceeding by the People of the State of New York, on the relation of Robert Howey, against the Warden of the City Prison. No opinion. Order (137 N. Y. Supp. 268) affirmed.

PEOPLE ex rel. LEARY, Respondent, v. MORRIS & CUMMINGS CO., Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Daniel J. Leary, against the Morris & Cummings Company. A. W. Bailey, of Brooklyn, for appellant. H. A. Uterhart, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. LOGAN v. HENDERSON. (Supreme Court Appellate Division, First Department. November 1, 1912.) Proceeding by People of the State of New York, on the relation of James F. Logan, against James A. Henderson, as Superintendent, etc. A. J. Talley, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. LOGAN, Appellant, v. WARDEN AND AGENT OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Mattie Logan, against the Warden and Agent of the City Prison. No opinion. Order affirmed by default.

PEOPLE ex rel. McDONALD v. CONNOR, Police Com'r. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Proceeding by the People of the State

137 N.Y.S.—72

of New York, on the relation of John McDonald, against James D. Connor, as Police Commissioner of the City of Mt. Vernon. No opinion. Determination confirmed, without costs.

PEOPLE ex rel. McKINLEY STORAGE & VAN CO., Appellant, v. GAYNOR, Mayor, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York, on the relation of the McKinley Storage & Van Company, against William J. Gaynor, Mayor, etc. M. Jacobs, of New York City, for appellant. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. MARTIN, Appellant, v. KENYON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Proceeding by the People of the State of New York, on the relation of John Martin, against Charles M. Kenyon. No opinion. Motion for leave to appeal to Court of Appeals (from 136 N. Y. Supp. 525) granted, and questions for review certified. See, also, 134 N. Y. Supp. 1007.

PEOPLE ex rel. NADERO v. KOCHESKI. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York, on the relation of Yetta Nadero, against Michael Kocheski. No opinion. Motion granted. Order filed.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. WOODBURY et al. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against Edburt E. Woodbury and others, together constituting the State Board of Tax Commissioners, and the City of Buffalo. No opinion. Motion denied. See, also, 150 App. Div. 894, 133 N. Y. Supp. 1139.

PEOPLE ex rel. RYAN, Respondent, v. O'CONNELL, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of John P. Ryan, against Thomas O'Connell, Clerk, etc. S. Deutsch, of New York City, for appellant. E. S. Griffing, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied. Order filed.

PEOPLE ex rel. SCIARILLO, Appellant, v. HENNESSY et al., Respondents. (Supreme Courts, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Michele Sciarillo, against Joseph P. Hennessy and others. J. R. McMullen, of New York